# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

ANTHONY WHITE,

    Plaintiff,

v.

SHERIFF JIM PROCTER; MAJOR MASTROLANNI; GUNNERY SGT. ERIC WATSON; DET. CHRISTOPHER KING; and NURSE MIKE CASTILLO,

    Defendants.

CIVIL ACTION NO.: 2:18-cv-71

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 19. No party filed Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **DISMISSES** Plaintiff's failure to protect claims against Defendant King. Plaintiff's deliberate indifference claims against Defendants Procter, Mastrolanni, Watson, and Nurse Mike Castillo remain pending.

**SO ORDERED**, this 4 day of March, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)