**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**



FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 11:47 am, Nov 20, 2020

ANTHONY LEROY WHITE, SR.,

      Plaintiff,

   v.

JIM PROCTER, et al.,

      Defendants.

CIVIL ACTION NO.: 2:18-cv-71

## O R D E R

This matter comes before the Court on Defendants' Motion to Stay Deadline for Pretrial Order.  Doc. 50.  Pursuant to the Court's August 10, 2020 Scheduling Order, Defendants' consolidated pretrial order is due on November 20, 2020.  Doc. 43.  Currently pending before the Court are Defendants' dispositive motions.  Doc. 33, 46.  After careful consideration and for good cause shown, the Court **GRANTS** Defendants' request and **STAYS** the deadline for the parties to file their proposed pre-trial order until 30 days from the final rulings on Defendants' dispositive motions if any claims remain pending.

**SO ORDERED**, this 20th day of November, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA