FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 9:12 am, Dec 15, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ANTHONY WHITE, SR., | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:18-cv-71 |
| | * | |
| v. | * | |
| | * | |
| JIM PROCTOR, et al., | * | |
| | * | |
| Defendants. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 52. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendant Castillo's Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's claims against Defendant Castillo based on Plaintiff's failure to exhaust his administrative remedies, **DIRECTS** the Clerk of Court to enter judgment in Defendant Castillo's favor, and **DENIES** Plaintiff *in forma pauperis* status

AO 72A
(Rev. 8/82)

on appeal as to this Order.

     **SO ORDERED**, this \_\_14\_\_ day of \_\_December\_\_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA