AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia



FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 5:02 pm, Dec 16, 2020

ANTHONY WHITE, SR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV218-71

MICHAEL CASTILLO,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 15th day of December 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of the Court. Therefore, the Court GRANTS Defendant Castillo's Motion to Dismiss and he is DISMISSED without prejudice. Plaintiff is DENIED in forma pauperis status on appeal as to this judgment.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

December 16, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020