# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

ANTHONY LEROY WHITE, SR.,      *

              *

        Plaintiff,       *      CIVIL ACTION NO.: 2:18-cv-71

              *

     v.             *

              *

JIM PROCTER, et al.,        *

              *

        Defendants.     *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 57.  Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **GRANTS** Defendants Mastrolanni, Procter, and Watson's unopposed Motion for Summary Judgment, **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal.

      **SO ORDERED**, this 6th day of January, 2021.

 

                        _____

                        HON. LISA GODBEY WOOD, JUDGE

                        UNITED STATES DISTRICT COURT

                        SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)