AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTHONY LEROY WHITE, SR.,

    Plaintiff,

           v.

JIM PROCTER, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   2:18-CV-71

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated January 6, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of the Court. Defendants' Motion for Summary Judgment is GRANTED, and Plaintiff's Complaint is DISMISSED.  Plaintiff is DENIED in forma pauperis status on appeal.  This civil action stands closed.

Approved by: _____
    HON. LISA GODBEY WOOD, JUDGE

January 6, 2021
*Date*

John Triplett, Acting Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/1/03